## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**MICHAEL MCGILL**                                                                          **PETITIONER**
**ADC #180118**

**v.**                                                  **Case No: 4:25-cv-00504-LPR**

**DEXTER PAYNE**                                                                          **RESPONDENT**

## JUDGMENT

Consistent with the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that the Petition for Writ of Habeas Corpus is DISMISSED with prejudice. A certificate of appealability will not issue.

IT IS SO ADJUDGED this 12th day of June 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE